# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

**In Re: Tyrone Malcolm Hughes**          **Case No: 13-32732**
                                          **Chapter 13**

# MOTION TO PRESERVE FUNDS OF THE ESTATE

COMES NOW, your Chapter 13 Trustee and moves the Court to enter an Order to Direct the debtor to preserve the funds that are the corpus of the lawsuit settlement that is the subject of objection to plan and objection to exemptions and in support thereof states as follows:

1.      The Debtors filed this Chapter 13 case on May 16, 2013.

2.      The Trustee became aware of "an employment settlement" that had not been disclosed on the schedules of the debtor.

3.      The Trustee has filed an objection to the debtor's plan and an objection to exemptions on his amended schedule C.

4.      The debtor has received the funds that are the subject of the settlement, and based upon belief, the debtor has disposed of some of those funds.

5.      The hearing on this matter has been continued to January 27, 2014, and the Trustee requests that since the outcome is pending as to the requirement of those funds being paid into the case, that the debtor preserve those funds until such matter can be resolved.

WHEREFORE, the Chapter 13 Trustee, respectfully requests that the Court enter an Order directing the debtor to preserve the funds from the lawsuit settlement pending the outcome of the evidentiary hearing.

Susan H. Call
Counsel for Carl M. Bates
Chapter 13 Trustee
P. O. Box 1890
Richmond, Virginia 23218-1780

By:   /s/ Susan H. Call
        Susan H. Call, VSB #34367
        Counsel for Trust

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served by first-class mail, postage prepaid, on  December 20, 2013 upon the Debtor, **Tyrone Malcolm Hughes** 11200 Continental Road, Quinton, VA 23141**, and by e-mail** notification to their attorney, Jessica L. Fellows at, fellows.jl@gmail.com.

/s/ Susan H. Call
Susan H. Call, VSB #34367